## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-074 CR
_____

## Anthony Jason Kelly, Appellant

## VS.

## The State of Texas, Appellee

_____

**Appealed from the County Court at Law No. 4**
**of Montgomery County, Texas**
**Cause No. 11-265675**
_____

## O R D E R

The court reporter for the County Court at Law No. 4 of Montgomery County, Texas is to forward the following original exhibit to the Clerk of this Court on or before September 6, 2013:

State's Exhibit B – Google Map
State's Exhibit C - Photo

The original exhibit will be returned to the court reporter for the County Court at Law No. 4 of Montgomery County when the appeal is final in this Court.

Entered this 29th day of August, 2013.

PER CURIAM